IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>and<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>  Defendants. | No. 23-00011-RCL |

### AFFIDAVIT OF SERVICE

Pursuant to Federal Rule of Civil Procedure 4(l), Plaintiff's counsel hereby certifies that service of the Summons and Complaint in the above-captioned case has taken place in the following manner:

The Federal Emergency Management Agency was served via Certified Mail on January 18, 2023. Certified Mail electronic receipt for the delivery is attached.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*/s/ Howard M. Crystal*
Howard M. Crystal
(D.C. Bar No. 446189)
Tel: (202) 809-6926
Email: hcrystal@biologicaldiversity.org



January 23, 2023

Dear Jean Merrigan:

The following is in response to your request for proof of delivery on your item with the tracking number: **7021 1970 0000 2933 5588**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | January 18, 2023, 7:00 am |
| Location: | WASHINGTON, DC 20472 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 3.0oz |

### Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *Karl Lusby* |
| Address of Recipient: | *[illegible handwritten address]* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004